## LEÓN ET AL., DEMANDANTES Y APELADOS, *v.* BRUSI, JUEZ MUNICIPAL, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en un procedimiento de *certiorari* en un caso de desahucio.

MOCIÓN de la parte apelada para que se desestime la apelación por haberse interpuesto ésta fuera del término legal.

No. 1223.—Resuelto en noviembre 20, 1914.

DESESTIMACIÓN DE APELACIÓN—CERTIORARI—TÉRMINO PARA APELAR.—El recurso de *certiorari* es un procedimiento especial a los efectos del párrafo 1º. del artículo 295 del Código de Enjuiciamiento Civil, enmendado por ley de marzo 11, 1908, y el término para apelar para ante el Tribunal Supremo contra una resolución definitiva de la corte de distrito es de 30 días, no procediendo la desestimación de la apelación por no haberse interpuesto ésta dentro de 10 días después de notificada la sentencia.

Los hechos están expresados en la resolución.

Abogados de los apelados: *Sres. Rafael López Landrón y Juan Gregory.*

El apelante compareció por escrito en nombre propio.

### RESOLUCIÓN.

POR CUANTO la parte apelada ha presentado ante este tribunal una moción para que se desestime la apelación en el caso arriba expresado, por haber sido presentado el escrito de apelación contra la sentencia definitiva veintiséis días después de dictada la misma.

POR CUANTO el artículo 295 del Código de Enjuiciamiento Civil, según fué enmendado por ley de marzo 11, 1908, en su párrafo 1º. determina que podrá establecerse apelación para ante el Tribunal Supremo contra resoluciones de las cortes de distrito pronunciadas en pleitos o procedimientos especiales dentro de un mes de haberse registrado la sentencia.

POR CUANTO el recurso de *certiorari* es un procedimiento especial comprendido en el referido párrafo según ha sido resuelto por este tribunal en el caso de *The American Railroad Co. of P. R.* v. *La Corte Municipal*, 16 D. P .R., 242.

POR TANTO, habiendo sido presentado el escrito de apelación dentro del término a que dicho párrafo se refiere.

SE DECLARA sin lugar la moción de la parte apelada para que se desestime esta apelación.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.